IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

JUL 13 2016

MATTHEW J. DYKMAN
CLERK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DANIEL LEE JACQUEZ

    Defendant.

No. CR 15-1515 RB

## CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE IN A FELONY CASE

The United States Magistrate Judge has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I plead guilty. I have been informed of my right to the assistance of legal counsel and of my right to plead or go to trial, judgement and sentencing before a United States District Judge.

**I HEREBY:** **Waive (give up) my right to enter my plea before a United States District Judge and I consent to entering my plea, knowingly and voluntarily, before a United States Magistrate Judge.**

_____
Defendant

_____
Attorney for Defendant

Date: 7/13/16

Before: _____
United States Magistrate Judge