## UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
## SENTENCING MINUTE SHEET

| | | | |
|---|---|---|---|
| CR No: | **15-1515 RB** | USA vs.: | **JACQUEZ ET AL** |
| Date: | **4/27/2017** | Name of Deft: | **DANIEL LEE JACQUEZ** |

Before the Honorable:   **ROBERT C. BRACK, UNITED STATES DISTRICT JUDGE**

| | | | |
|---|---|---|---|
| Time In/Out: | **10:14  AM – 10:38 AM** | Total Time in Court (**for JS10**): | **24 minutes** |
| Clerk: | **JESSICA CHAVEZ** | Court Reporter: | **VANESSA ALYCE** |
| AUSA: | **RICHARD WILLIAMS** | Defendant's Counsel: | **CESAR PIERCE-VARELA** |
| Sentencing in: | **LAS CRUCES** | Interpreter: | **NONE** |
| Probation Officer: | **MELISSA CORELLA** | Sworn? | Yes / No |

| Convicted on: | X | Plea | | Verdict | | As to: | X | Information | | Indictment |
|---|---|---|---|---|---|---|---|---|---|---|
| If Plea: | X | Accepted | | Not Accepted | Adjudged/Found Guilty on Counts: | | | | | |
| If Plea Agreement: | X | Accepted | | Not Accepted | | No Plea Agreement | | Comments: | | |

| Date of Plea/Verdict: | **7/13/2016** | | PSR: | X | Not Disputed | | Disputed |
|---|---|---|---|---|---|---|---|
| PSR: | X | Court Adopts PSR Findings | Evidentiary Hearing: | X | Not Needed | | Needed |

Exceptions to PSR:

### SENTENCE IMPOSED     Imprisonment (BOP):   **108 MONTHS**

| Supervised Release: | **4 YEARS** | | Probation: | |
|---|---|---|---|---|
| X | 500-HOUR DRUG PROGRAM | BOP SEX OFFENDER PROGRAM | OTHER: | |
| | Court recommends ICE begin removal proceedings immediately or during service of sentence | | X | ICE not applicable |

### SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| X | Participate in/successfully complete subst abuse program testing | | Reside halfway house ____ months ____ days |
| | Participate in/successfully complete mental health program | | Register as sex offender |
| X | Refrain from use/possession of alcohol/intoxicants | | Participate in sex offender treatment program |
| X | Submit to search of person/property | | Possess no sexual material |
| X | No contact with victim(s) and/or co-deft(s)/co-conspirator(s) (Discretion as to Anthony Davila, brother) | | No computer with access to online services |
| | No entering or loitering near victim's residence | | No contact with children under 18 years |
| | Provide financial information | | No volunteering where children supervised |
| | Grant limited waiver of confidentiality | | Restricted from occupation with access to children |
| | Participate in an educational or vocational program | | No loitering within 100 feet of school yards |
| X | Refrain from the use and possession of synthetic cannabinoids or other legally sold designer drugs | | No possession of a firearm, ammunition, destructive device or any other dangerous weapon |

**OTHER:**

| Fine: | $ | | Restitution: $ | |
|---|---|---|---|---|
| SPA: | $ | 100.00 | ($100) as to each Count | Payment Schedule: | X | Due Imm. | | Waived |

| OTHER: | Consistent with a stipulation in the Plea Agreement, the defendant forfeits his rights, title, and interest to the items outlined with the Agreement. |
|---|---|

| | Advised of Right to Appeal | X | Waived Appeal Rights per Plea Agreement |
|---|---|---|---|
| X | Held in Custody | | Voluntary Surrender |
| X | Recommended place(s) of incarceration: | | **FCI LA TUNA OR FCI PHOENIX, ARIZONA** |

| | Dismissed Counts: | |
|---|---|---|

OTHER COMMENTS: