IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | NO.   CR-15-1515 RB |
| vs. | ) | |
| | ) | |
| **DANIEL LEE JACQUEZ**, | ) | |
| | ) | |
| Defendant. | ) | |

MOTION TO DISMISS INDICTMENT WITHOUT PREJUDICE

The United States of America moves this Court, pursuant to Fed. R. Crim. P. 48, to dismiss without prejudice the Indictment as to Defendant, **Daniel Lee Jacquez**, filed on April 28, 2015, in this matter.  As grounds, the United States provides that the Defendant pled guilty to an Information and was sentenced on April 27, 2017.

Counsel for the Defendant does not oppose this motion.

WHEREFORE, the United States respectfully requests this Court enter an Order dismissing without prejudice the Indictment filed on April 28, 2015, as to Defendant **Daniel Lee Jacquez**.

Respectfully submitted,

JAMES D. TIERNEY
Acting United States Attorney


*/s/   Filed Electronically on 4/27/17*
RICHARD C. WILLIAMS
Assistant U.S. Attorney
555 S. Telshor Blvd., Suite 300
Las Cruces,  NM  88011
(575) 522-2304

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that I electronically filed the foregoing document using the Court's CM/ECF filing system which will send electronic notification to opposing counsel of record.

    */s/ Filed Electronically on 4/27/17*
    RICHARD C. WILLLIAMS
    Assistant U.S. Attorney